

# STEVEN J. MOSER, P.C.
## WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ.

3 SCHOOL STREET, SUITE 207B
GLEN COVE, NEW YORK  11542

TEL (516) 671.1150
FAX (516) 882-5420

October 31, 2016

**VIA ECF**

Hon. Anne Y. Shields, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   *De Los Santos v. New Food Corp d/b/a Foodtown*, **14-cv-4541 (AYS)**
         Our File No. 13-0096

Dear Judge Shields:

On June 6, 2016 this case was settled both collectively and on behalf of a proposed Rule 23 Class. The deadline for payment is December 2016.

Since June 6, 2016 we have made repeated requests for the Defendants' proposed settlement agreement. At this point, it will be virtually impossible to consummate the Class Settlement this year, as such will require a motion for preliminary approval and notice to the class members, a fairness hearing, and motion for final approval of the class settlement, attorneys' fees, and service award to the class representative.

It will soon be 5 months since this matter was settled. To date, we have not received any word from the Defendants regarding the status of this settlement.

For the foregoing reasons, I respectfully request that Defendants be directed to furnish settlement agreements setting forth the material terms of the Collective and Class settlements within 14 days, and that the Defendants be directed to make payment to the Collective on or before December 31, 2016.

Respectfully submitted,

Steven John Moser