**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Andres de los Santos, Domingo Franco, Angel Rodriguez, Ramon Santos, and Jose Ramon Lopez, individually and on behalf of all others similarly situated, | Case No. 14-cv-4541(AYS) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| -against- | |
| New Food Corp. d/b/a Foodtown, JCA Food Corp. d/b/a Foodtown, JJC Food Corp. d/b/a Foodtown, SWF Food Corp. d/b/a Foodtown, Mother Food Corp. d/b/a Foodtown, Jason Ferreira, and Jose Ferreira, | |
| Defendants. | |

Notice is hereby given that Plaintiffs Andres de Los Santos, Domingo Franco, Angel Rodriguez, Ramon Santos, Jose Ramon Lopez and all individuals who have filed a consent to join this action under the FLSA in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Civil Conference Minute Order of Magistrate Judge Anne Y. Shields entered on January 25, 2017 under Docket No. 186.

Dated: January 23, 2017

MOSER EMPLOYMENT LAW FIRM, PC

_____
Steven John Moser (SM1133)
3 School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150 • F (516) 882-5420
smoser@moseremploymentlaw.com

CC:   Gregory Lisi (Via ECF)

    Alexander Leong (Via ECF)