UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------⟩
ANDRES DE LOS SANTOS, DOMINGO FRANCO,
ANGEL RODRIGUEZ, RAMON SANTOS, and JOSE
RAMON LOPEZ, individually and on behalf of all
others similarly situated,

|  |  |
|---|---|
| **Plaintiffs,** | Case No. 14 Civ. 04541 (AYS) |
| -against- | **JOINT STIPULATION OF SETTLEMENT AND RELEASE** |

NEW FOOD CORP. d/b/a FOODTOWN, JCA FOOD
CORP. d/b/a METFOOD, JJC FOOD CORP. d/b/a
FOODTOWN, SWF FOOD CORP. d/b/a
FOODTOWN, MOTHER FOOD CORP. d/b/a
FOODTOWN, JASON FERREIRA and JOSE
FERREIRA,

Defendants.
-------------------------------------------------------------------⟩

This Joint Stipulation of Settlement and Release (the "Agreement") is entered into by and between Andres De Los Santos, Domingo Franco, Angel Rodriguez, Ramon Santos, and Jose Ramon Lopez ("Named Plaintiffs"), individually and on behalf of the class of individuals that they seek to represent, and the FLSA Collective Members (as hereinafter defined) on the one hand, and New Food Corp. d/b/a Foodtown, JCA Food Corp. d/b/a Metfood, JJC Food Corp. d/b/a Foodtown, SWF Food Corp. d/b/a Foodtown, Mother Food Corp. d/b/a Foodtown, Jason Ferreira and Jose Ferreira ("Defendants"), on the other hand, in the action styled *De Los Santos, et al. v. New Food Corp., et al.,* and bearing Case No. 14 Civ. 04541 (AYS) (the "Litigation") pending in the United States District Court for the Eastern District of New York ("EDNY").

## RECITALS

**WHEREAS,** Andres De Los Santos, Domingo Franco, Angel Rodriguez, Ramon Santos, and Jose Ramon Lopez filed a collective and class action complaint in the Litigation on July 29, 2014 (together with all amendments thereto, the "Complaint"); and

**WHEREAS,** the Complaint purports to assert collective and class action claims against Defendants for alleged violations of the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201, et seq., and all related regulations, ("FLSA") and the New York State Labor Law, as amended, and all related regulations, ("NYLL"), based on Defendants': (a) alleged failure to pay minimum wage; (b) alleged failure to pay overtime compensation; (c) alleged failure to pay spread of hours pay pursuant to 12 NYCRR § 142-2.4; (d) alleged failure to provide wage notices pursuant to NYLL §195(1); and (e) alleged failure to provide wage

statements pursuant to NYLL §195(3) (ECF Docket No. 1); and

**WHEREAS**, in the Litigation, Named Plaintiffs, individually and on behalf of the class of individuals that they seek to represent, asserted Wage and Hour Claims (as hereinafter defined) against Defendants; and

**WHEREAS**, Defendants filed an Answer denying the material allegations in the Complaint on September 2, 2014 (ECF Docket No. 11), and Defendants have vigorously defended themselves against all of the Wage and Hour Claims in the Litigation and Defendants categorically deny: (a) all of the Wage and Hour Claims made by Named Plaintiffs in the Litigation; (b) engaging in any wrongdoing whatsoever; and (c) that they are liable or owe any damages, monies or obligations to anyone with respect to the alleged facts or causes of action asserted in the Litigation; and

**WHEREAS**, on October 6, 2015 and November 14, 2015, Named Plaintiffs moved for conditional certification with respect to their FLSA claims (ECF Docket Nos. 74 and 86), and the Honorable Joseph F. Bianco, United States District Judge for the EDNY, granted said motion by order dated November 24, 2015 (ECF Docket No. 89); and

**WHEREAS**, a court-approved notice of pendency was sent to putative collective action members to file written consent  forms to join the Litigation pursuant to the FLSA; and

**WHEREAS**, sixty-two (62) individuals filed consent forms to join the Litigation as opt-in plaintiffs;

**WHEREAS**, the Parties (as hereinafter defined)  have engaged in extensive discovery on issues relating to liability and damages; and

**WHEREAS,** on March 14, 2016, the Parties participated in a settlement conference before the Honorable Judge Anne Y. Shields, United States Magistrate Judge for the EDNY, and agreed to engage in additional discovery for the purposes of participating in additional settlement discussions; and

**WHEREAS,** the Parties exchanged several thousands of pages of additional documents in furtherance of their efforts to potentially settle the Litigation and the Parties reviewed and scrutinized these and other records; and

**WHEREAS,** on June 6, 2016, the Parties participated in a second settlement conference before U.S. Magistrate Judge Shields and after significant negotiations lasting several hours, including multiple conversations with Judge Shields and exchanges of counteroffers, subsequently reached an accord resulting in this Agreement; and

**WHEREAS,** without admitting or conceding any liability or damages whatsoever, Defendants agreed to settle the Litigation on the terms and conditions set forth in this Agreement, to avoid the burden, expense, and uncertainty of continuing the Litigation; and

2

**WHEREAS,** Plaintiffs' Counsel (as hereinafter defined) analyzed and evaluated the merits of the claims made against Defendants in the Litigation, conducted interviews with putative class and collective members, conducted a deposition of a third party witness familiar with the timekeeping software utilized by Defendants, obtained and reviewed documents relating to Defendants' compensation practices/policies, and analyzed payroll data and time records, and based upon their analysis and evaluation of a number of factors, and recognizing the substantial risks of litigation, including the possibility that the  Litigation, if not settled now, might not result in any recovery or might result in a recovery less favorable, and that any recovery would not occur for several years, and that there was a risk of future decertification if certification was granted, Named Plaintiffs, the FLSA Collective Members (as hereinafter defined), and Plaintiffs' Counsel  are satisfied that the terms and conditions of this Agreement are fair, reasonable, and adequate and that this Agreement  is in the best interests of the Named Plaintiffs and FLSA Collective Members; and

**WHEREAS,** on June 6, 2016 and June 9, 2016 respectively, the Parties filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge with the EDNY, consenting to have U.S. Magistrate Judge Shields conduct all proceedings in the Litigation and on June 10, 2016, U.S. District Court Judge Joseph F. Bianco of the EDNY issued an order referring the Litigation to U.S. Magistrate Judge Shields to conduct all proceedings in the Litigation and order entry of a final judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73; and

**WHEREAS,** on January 24, 2017, the Parties participated in a conference before U.S. Magistrate Judge Shields to discuss the material terms of the settlement of the Litigation, and on January 24, 2017, U.S. Magistrate Judge Shields issued an order confirming the material terms of the settlement of the Litigation; and

**WHEREAS,** the purpose of this Agreement is to settle fully and finally all Released Wage Claims (as hereinafter defined) between the Plaintiffs (as hereinafter defined), FLSA Collective Members (as hereinafter defined), Rule 23 Class Representative (as hereinafter defined), and Defendants, including all Wage and Hour Claims asserted in the Litigation; and

**WHEREAS,** the Rule 23 Class Representative, Rule 23 Class Members and Defendants have agreed to enter into a separate agreement to settle fully and finally all claims based on or arising from Defendants' alleged failure to provide wage notices pursuant to NYLL §195(1) and Defendants' alleged failure to provide wage statements pursuant to NYLL §195(3), that were or could have been asserted in the Litigation, between the Rule 23 Class Members (as hereinafter defined) and Defendants ("Negotiated Settlement Agreement and Release"); and

**WHEREAS,** Plaintiffs (as hereinafter defined) and the FLSA Collective Members, by entering into the Agreement agree that their settlement of all Released Wage Claims (as hereinafter defined) against Defendants, includes, without limitation, all claims they may have had based on or arising from Defendants'  alleged failure to provide wage notices pursuant to NYLL §195(1) and Defendants' alleged failure to provide wage statements pursuant to NYLL §195(3), that were or could have been asserted in the Litigation, and that they are not Rule 23 Class Members (as hereinafter defined) and that they are not permitted to receive any

3

monies under the Negotiated Settlement Agreement and Release; and

       **NOW, THEREFORE,** in consideration of the mutual covenants and promises set forth in this Agreement, as well as the good and valuable consideration provided for herein, the Parties hereto agree to a full and complete settlement of the Released Wage Claims between the Plaintiffs (as hereinafter defined), FLSA Collective Members (as hereinafter defined), Rule 23 Class Representative (as hereinafter defined) and Defendants on the following terms and conditions:

## 1.    DEFINITIONS

       The defined terms set forth in this Agreement have the meanings ascribed to them below.

    1.1    **Agreement.** "Agreement" means this Joint Stipulation of Settlement and Release.

    1.2    **Costs and Fees.** "Costs and Fees" means Plaintiffs' Counsels' attorneys' fees, costs and expenses.

    1.3    **Court.** "Court" means the United States District Court for the Eastern District of New York, the Honorable Anne Y. Shields, United States Magistrate Judge, presiding.

    1.4    **Days.** "Days" means calendar days.  If a deadline set forth herein falls on a weekend or  national holiday, the deadline shall be the next weekday that is not a national holiday.

    1.5    **Defendants.** "Defendants" mean New Food Corp. d/b/a Foodtown, JCA Food Corp. d/b/a Metfood, JJC Food Corp. d/b/a Foodtown, SWF Food Corp. d/b/a Foodtown, Mother Food Corp. d/b/a Foodtown, Jason Ferreira and Jose Ferreira.

    1.6    **Defendants' Counsel.** "Defendants' Counsel" means Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP.

    1.7    **Effective Date.** "Effective Date" shall be the later of: (i) the Court's entry of an order granting approval of this Agreement and, if there is no appeal of the Court's order granting approval of this Agreement or the Court's order granting final approval of the Negotiated Settlement Agreement and Release, the date thirty (30) days after entry of such order granting final approval of the Negotiated Settlement Agreement and Release, or (ii) if there is an appeal of either the Court's order granting approval of this Agreement or the Court's order granting final approval of the Negotiated Settlement Agreement and Release, the day after all appeals are either withdrawn with prejudice or resolved in favor of approval of this Agreement and in favor of final approval of the Negotiated Settlement Agreement and Release.

    1.8    **FLSA.** "FLSA" means the Fair Labor Standards Act, as amended, and all related regulations, as amended.

4

**1.9**    **FLSA Collective Members.**  "FLSA Collective Members" means all Plaintiffs, as well as, all non-exempt employees who were included in the Conditionally Certified Collective and returned their consent forms to join this Litigation as an opt-in plaintiff.  A list the FLSA Collective Members is annexed to this Agreement as Exhibit A.

**1.10**    **Litigation.**  "Litigation" means the lawsuit filed in the EDNY and styled *De Los Santos, et al. v. New Food Corp., et al.*, Case No. 14 Civ. 04541.

**1.11**    **Named Plaintiffs.**  "Named Plaintiffs" means Andres De Los Santos, Domingo Franco, Angel Rodriguez, Ramon Santos, and Jose Ramon Lopez.

**1.12**    **NYLL.**  "NYLL" means the New York Labor Law, as amended, and all related regulations (including, without limitation, minimum wage orders), as amended.

**1.13**    **Parties.**  "Parties" means the Plaintiffs, Rule 23 Class Representative, FLSA Collective Members, and Defendants.

**1.14**    **Plaintiffs.** "Plaintiffs" means Andres De Los Santos, Domingo Franco, Angel Rodriguez, and Jose Ramon Lopez.

**1.15**    **Plaintiffs' Counsel.**  "Plaintiffs' Counsel" means Moser Employment Law Firm, P.C. who, for the purpose of the Litigation and this settlement, served as counsel to the Plaintiffs, the FLSA Collective Members and the Rule 23 Class Representative.

**1.16**    **Released Wage Claims.**   With regard to the Plaintiffs and FLSA Collective Members, "Released Wage Claims" means the Wage and Hour Claims and all claims for damages, penalties, interest, liquidated damages, attorneys' fees, costs and other relief related to such Wage and Hour Claims, all wage and hour claims, demands, complaints, causes of action, lawsuits, grievances, arbitrations, proceedings, duties, obligations, damages, judgments, or liabilities based on or arising under any federal, state and/or  local  statute (including, without limitation, the FLSA and NYLL), law, constitution, ordinance, regulation, and rule, tort, contract (including, without limitation, all collective bargaining agreements and employment agreements), common law, all sources of law, equity, and any theory, and all claims for unpaid wages, compensation, remuneration, minimum wages, overtime wages, benefits, monies, amounts, bonuses, commissions, incentives, improper deductions, severance, separation pay, spread of hours pay, split shift pay, call in pay, vacation pay,  sick pay, holiday pay, personal days, tips, gratuities, service charges, expenses, interest, damages, penalties, liquidated damages, attorneys' fees and costs, restitution, equitable relief, and/or other relief relating to the Plaintiffs' and FLSA Collective Members' wages and/or hours while employed at the Releasees (including, without limitation, all claims for breach of any collective bargaining agreement, all wage notice claims under NYLL §195(1), and all wage statement claims under NYLL §195(3)), that were or could have been asserted in the Litigation, whether known or

unknown, through the date this Court enters the order granting approval of this Agreement.

With regard to the Rule 23 Class Representative, "Released Wage Claims" means the Wage and Hour Claims and all claims for damages, penalties, interest, liquidated damages, attorneys' fees, costs and other relief related to such Wage and Hour Claims, all wage and hour claims, demands, complaints, causes of action, lawsuits, grievances, arbitrations, proceedings, duties, obligations, damages, judgments, or liabilities based on or arising under any federal, state and/or local statute (including, without limitation, the FLSA and NYLL), law, constitution, ordinance, regulation, and rule, tort, contract (including, without limitation, all collective bargaining agreements and employment agreements), common law, all sources of law, equity, and any theory, and all claims for unpaid wages, compensation, remuneration, minimum wages, overtime wages, benefits, monies, amounts, bonuses, commissions, incentives, improper deductions, severance, separation pay, spread of hours pay, split shift pay, call in pay, vacation pay, sick pay, holiday pay, personal days, tips, gratuities, service charges, expenses, interest, damages, penalties, liquidated damages, attorneys' fees and costs, restitution, equitable relief, and/or other relief relating to the Rule 23 Class Representative's wages and/or hours while employed at the Releasees (including, without limitation, all claims for breach of any collective bargaining agreement), that were or could have been asserted in the Litigation, whether known or unknown, through the date this Court enters the order granting approval of this Agreement, with the exception of wage notice claims under NYLL §195(1) and wage statement claims under NYLL §195(3).

**1.17    Released Class Claims.** "Released Class Claims" means any and all claims based on or arising from Defendants' alleged failure to provide wage notices to the Rule 23 Class Members pursuant to NYLL §195(1) and Defendants' alleged failure to provide wage statements to the Rule 23 Class Members pursuant to NYLL §195(3), that were or could have been asserted in the Litigation, whether known or unknown, through the date the Court enters the Preliminary Approval Order preliminarily approving the terms and conditions of the Negotiated Settlement Agreement and Release (annexed hereto as Exhibit B), including, but not limited to, all claims for damages, penalties, interest, liquidated damages, attorneys' fees, costs, and any other relief, related to such Released Class Claims.

**1.18    Releasees.** "Releasees" means all Defendants, their heirs, administrators, representatives, executors, estates, predecessors, successors, assigns, divisions, affiliates, subsidiaries, parents, business entities and companies under common ownership or control, related business entities and companies, business units, committees, groups, and their current and former owners, principals, shareholders, partners, members, officers, directors, trustees, investors, managers, employees, attorneys, accountants, insurers, fiduciaries, representatives, agents, predecessors, successors, and assigns, in their individual, representative, and business capacities, and all of the individuals or entities that hold an interest in New Food Corp., JCA Food Corp., JJC Food Corp., SWF Food Corp., and Mother Food Corp., and their

6

current and former owners, principals, shareholders, partners, members, officers, directors, trustees, investors, managers, employees, attorneys, accountants, insurers, fiduciaries, representatives, agents, predecessors, successors, and assigns, in their individual, representative, and business capacities.

1.19    **Rule 23 Class Members.**  "Rule 23 Class Members" means the Rule 23 Class Representative and all individuals (other than Andres De Los Santos, Domingo Franco, Angel Rodriguez, and Jose Ramon Lopez, and the FLSA Collective Members) who: (a) provided services as employees for Defendants between April 9, 2011 to May 9, 2017, and (b) do not opt out of the NYLL claims for Defendants' alleged failure to provide wage notices pursuant to NYLL §195(1) and Defendants' alleged failure to provide wage statements pursuant to NYLL §195(3).

1.20    **Rule 23 Class Representative or Class Representative.**    "Rule 23 Class Representative" or "Class Representative" means Ramon Santos.

1.21    **Settlement Amount.**  "Settlement Amount" means the aggregate gross total of One Million Four Hundred Thousand Dollars and Zero Cents ($1,400,000.00), which is the maximum amount that the Defendants have agreed to pay for complete and final settlement and resolution of the Released Wage Claims between the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants in the Litigation, inclusive of all attorneys' fees, costs, taxes, and other fees hereinafter discussed.

1.22    **Wage and Hour Claims.**  "Wage and Hour Claims" means any and all claims the Named Plaintiffs (individually and on behalf of the class of individuals that they seek to represent), FLSA Collective Members, and the Rule 23 Class Representative asserted under the FLSA and NYLL in the Litigation seeking, among other things, minimum wages, overtime wages, unpaid wages, spread of hours pay, liquidated damages, statutory damages, penalties, interest and attorneys' fees and costs, together with all other claims the Named Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative have asserted or could assert relating to the payment or recovery of wages in the Litigation.

## 2.    COURT APPROVAL AND EFFECTIVENESS OF SETTLEMENT

### 2.1    Motion for Court Approval of FLSA Settlement.

(A)    Within seven (7) days after Plaintiffs' Counsel receives from Defendants' Counsel written approval of the list of FLSA Collective Members annexed to this Agreement as Exhibit A and written approval of the schedule of payments referenced in Sections 3.1(C) and 3.3 and annexed to this Agreement as Exhibit C, Plaintiffs' Counsel  will file a motion for an order approving this Agreement and the settlement of Plaintiffs', the FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims (the "Approval Motion").

7

(B)   In the Approval Motion, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative shall request that the Court approve this Agreement and the settlement of all Plaintiffs', all FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims as final, fair, reasonable, adequate, and binding on all Plaintiffs, all FLSA Collective Members, and the Rule 23 Class Representative and dismiss all Plaintiffs', all FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims in the Litigation with prejudice and without attorneys' fees or costs to any party except as provided in this Agreement.  In the Approval Motion, the Plaintiffs' Counsel shall notify the Court that the Court's approval of this Agreement is contingent and conditioned upon the Court's entry of an order granting final approval of the Negotiated Settlement Agreement and Release and dismissing with prejudice all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing the Litigation in its entirety with prejudice.  In the Approval Motion, the Plaintiffs, FLSA Collective Members, and the Rule 23 Class Representative shall also advise the Court that they are expressly waiving any right to appeal any order(s) by this Court granting approval of this Agreement and the Negotiated Settlement Agreement and Release and/or dismissing with prejudice all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing this Litigation in its entirety with prejudice.  The Plaintiffs', FLSA Collective Members', and the Rule 23 Class Representative's Approval Motion shall contain and attach as an exhibit thereto, a Stipulation and Order of Dismissal with Prejudice that is acceptable to the Parties.

(C)   Plaintiffs' Counsel shall serve the Approval Motion containing the schedule of payments referenced in Sections 3.1(C) and 3.3 herein to all Plaintiffs, FLSA Collective Members, and the Rule 23 Class Representative via first class mail.

(D)   If the Court denies the Approval Motion either in part or in its entirety, then the Parties jointly agree to seek reconsideration of the ruling or seek Court approval of a renegotiated settlement, if any.  Should such efforts be unsuccessful and/or denied, the Parties shall use good faith efforts to renegotiate the settlement and seek Court approval of the renegotiated settlement in accordance with this Court's directives to effectuate final settlement and dismissal of this Litigation in its entirety. In the event a mutually agreed-upon settlement is not approved or any reconsideration or appellate review is denied, Defendants shall not be obligated to make any of the payments specified in this Agreement, the Litigation will proceed as if no settlement had been attempted, and the Parties will retain all of their respective rights in those proceedings.

(E)   The Parties will work together, diligently and in good faith, to obtain expeditiously an order approving the settlement and dismissing the Plaintiffs', the FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims in this Litigation with prejudice.

8

(F)  All payments required by Sections 3.1 and 3.3 of this Agreement from Defendants shall be delivered to Plaintiffs' Counsel within thirty (30) days after the Effective Date.  Defendants shall have no obligation to provide any of the payments specified in this Agreement and/or the Negotiated Settlement Agreement and Release, and the Parties shall proceed with the Litigation as if no settlement occurred, if any of the following events take place: (1) the Court rejects this Agreement and/or fails to enter an order dismissing the Plaintiffs', the FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims in this Litigation with prejudice; or (2) the Court does not enter an  order granting final approval of the Negotiated Settlement Agreement and Release and dismissing with prejudice all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing this Litigation in its entirety with prejudice; or (3) there is an appeal of the Court's order granting approval of this Agreement or denying, modifying, or revising any term contained in this Agreement; or (4) there is an appeal of the Court's order granting final approval of the Negotiated Settlement Agreement and Release and dismissing with prejudice of all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing this Litigation in its entirety with prejudice.

2.2  **Effectiveness.**  This Agreement shall be effective only when: (a) this Agreement is executed by all the Parties and/or their respective counsel; <u>and</u> (b) the Court enters an order approving this Agreement and the settlement of all Plaintiffs', all FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims as final, fair, reasonable, adequate and binding on all Plaintiffs, all FLSA Collective Members, and the Rule 23 Class Representative and dismissing all Plaintiffs', all FLSA Collective Members', and the Rule 23 Class Representative's Released Wage Claims in the Litigation with prejudice and without attorneys' fees or costs to any party except as provided in this Agreement; <u>and</u> (c)  the Court enters an order granting final approval of the Negotiated Settlement Agreement and Release between the Rule 23 Class Representative, Rule 23 Class Members, and Defendants and dismissing with prejudice all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing this Litigation in its entirety with prejudice; and (d) all appeals are either withdrawn with prejudice or resolved in favor of approval of this Agreement and in favor of final approval of the Negotiated Settlement Agreement and Release and all claims asserted in the Litigation are dismissed with prejudice and the Litigation is dismissed in its entirety with prejudice. Notwithstanding the foregoing language in this Section, the provisions of Section 2.1(A) through (E) of this Agreement shall become effective immediately upon execution of this Agreement by all Parties.

2.3  **Contingent Agreement.**  This Agreement is contingent and conditioned upon the Court's entry of an order granting final approval of the Negotiated Settlement Agreement and Release and dismissing with prejudice all claims that were or could

have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissing this Litigation in its entirety with prejudice.    To the extent the foregoing contingencies and conditions are not met, this Agreement shall be null and void.  (A copy of the Negotiated Settlement Agreement and Release is annexed hereto as Exhibit B.)

In the event the Court rejects this Agreement and/or the Negotiated Settlement Agreement and Release, or otherwise does not dismiss this Litigation in its entirety with prejudice, the Parties shall use good faith efforts to renegotiate the settlement and seek Court approval of the renegotiated settlement in accordance with the Court's directives to effectuate final settlement and dismissal of this Litigation in its entirety with prejudice.  Alternatively, should the Court reject this Agreement and/or the Negotiated Settlement Agreement and Release, or otherwise fail to dismiss this Litigation in its entirety with prejudice and the Parties fail to reach a renegotiated settlement, the Parties shall seek reconsideration or appellate review of the decision or order denying approval of this Agreement and/or final approval of the Negotiated Settlement Agreement and Release, and/or the denial of an application for an order seeking dismissal with prejudice of all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3), and dismissal of this Litigation in its entirety with prejudice. In the event a mutually agreed-upon settlement is not approved or any reconsideration or appellate review is denied, the Litigation will proceed as if no settlement had been attempted and this Agreement and the Negotiated Settlement Agreement and Release may not be used in any fashion.

## 3.  SETTLEMENT TERMS

### 3.1  Settlement Amount - Payable to Plaintiffs, FLSA Collective Members, and the Rule 23 Class Representative.

(A) Defendants agree to pay the Settlement Amount, which shall fully resolve and satisfy any and all amounts to be paid to the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative with respect to the Released Wage Claims and any and all claims for Costs and Fees (including, without limitation, all attorneys' fees and costs) with respect to the Released Wage Claims.  Other than the **employer payroll taxes** described in Section 3.4(C), Defendants will not be required to pay more than the Settlement Amount under the terms of this Agreement. The Settlement Amount shall comprise all amounts payable under this Agreement.

(B) The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel shall receive a payment in the total gross amount of One Million Four Hundred Thousand Dollars and Zero Cents ($1,400,000.00), which includes all unpaid wages, liquidated damages, statutory damages, penalties, interest, attorneys' fees, costs, and federal, state, and local taxes and

withholdings. Payment of the Settlement Amount shall be made in accordance with the schedule annexed to this Agreement as Exhibit C and Sections 3.1(C) and 3.3. The Parties agree that the sum total of all payments (including, without limitation, all unpaid wages, liquidated damages, statutory damages, penalties, interest, attorneys' fees, costs, and federal, state, and local taxes and withholdings) shall not exceed One Million Four Hundred Thousand Dollars and Zero Cents ($1,400,000.00).

(C) Upon execution of this Agreement by the Plaintiffs, FLSA Collective Members, and the Rule 23 Class Representative, Plaintiffs' Counsel will furnish to Defendants' Counsel a detailed and itemized schedule of payments to be made to the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative in accordance with the distribution formula described in Section 3.2 herein, with copies of union membership cards pursuant to Section 3.2(C). This detailed and itemized schedule of payments shall identify, among other information, the amount that each Plaintiff, FLSA Collective Member, and Rule 23 Class Representative is to receive for payment of back wages; the amount that each Plaintiff, FLSA Collective Member, and Rule 23 Class Representative is to receive for payment of interest, liquidated damages, and/or statutory damages; and the amount that Plaintiffs' Counsel is to receive for payment of all Costs and Fees relating to this Litigation. This detailed and itemized schedule shall be annexed to this Agreement as Exhibit C. Defendants shall not be required to execute this Agreement until all Plaintiffs, FLSA Collective Members, the Rule 23 Class Representative, and/or Plaintiffs' Counsel executes same.

## 3.2    Distribution Formula

(A) For the purposes of this section, the "Net Settlement Fund" is the Settlement Amount, less Costs and Fees.

(B) The Net Settlement Fund shall be distributed based upon four factors: (1) Length of Service during the three year period prior to the filing of the complaint, (2) Average Hourly Rate, (3) Union membership and (4) Participation as a Named Plaintiff.

(1) Length of Service Multiplier. Each FLSA Collective Member and the Rule 23 Class Representative shall be assigned a value based upon the number of weeks employed during the three year period immediately preceding the filing of the complaint (from July 29, 2011-July 29, 2014) between 0 and 156.

(2) Average Hourly Rate. The average hourly rate shall be calculated as the sum of the hourly rate earned on July 29, 2011, or the first date of employment, whichever is later, and the hourly rate earned on July 29, 2014, or the FLSA Collective Members'/Rule 23 Class Representative's date of separation from employment, whichever is earlier, divided by 2.

11

(3) Union Membership Multiplier.  Members of the United Food and Commercial Workers, Local 342 shall be assigned a multiplier of 1.5 and non-union members shall be assigned a multiplier of 1.

(4) Named Plaintiff Multiplier.  All Named Plaintiffs shall be assigned a multiplier of 1.5.

(C)     Distribution formula.

Notwithstanding the formulas below, no FLSA Collective Member and no Rule 23 Class Representative will be awarded a payment that is less than $1,000.00.  In the event that an FLSA Collective Member's and the Rule 23 Class Representative's settlement share under the calculation set forth below is less than $1,000.00, his or her settlement share will be increased to $1,000.00 and subtracted from the Net Settlement Fund, and all other FLSA Collective Members' shares will be recalculated to offset this increase.

Notwithstanding the formulas below, any FLSA Collective Member and Rule 23 Class Representative who did not work overtime during the three year period from July 29, 2011 until July 29, 2014 will be awarded $1,000.00. This amount will be subtracted from the Net Settlement Fund, and all other FLSA Collective Members' shares will be recalculated to offset this increase.

Each FLSA Collective Member and the Rule 23 Class Representative shall be assigned a "Point Value" which is the product of the "Length of Service Multiplier", the "Average Hourly Rate", "Union Membership Multiplier" and the "Named Plaintiff Multiplier".  The "Point Value" of each FLSA Collective Member and the Rule 23 Class Representative shall be divided by the sum of the "Point Values" for all FLSA Collective Members and the Rule 23 Class Representative to determine each FLSA Collective Member's and Rule 23 Class Representative's percentage share of the Net Settlement Fund.  The percentage share shall be multiplied by the remaining Net Settlement Fund to determine the amount that the FLSA Collective Member and the Rule 23 Class Representative will receive.

(D) Eligibility for Union Membership Multiplier.  In order to be eligible for the Union Membership Multiplier, the FLSA Collective Members and Rule 23 Class Representative must produce a document evidencing membership in the United Food and Commercial Workers, Local 342 during the period at issue in the Litigation.  Copies of these documents shall be furnished to Defendants' Counsel with the list of FLSA Collective Members and the schedule of payments referenced in Sections 3.1(C) and 3.3 herein.

3.3     **Settlement Amount - Payable as Attorneys' Fees and Costs.** The Parties and Plaintiffs' Counsel agree that Defendants' payment of the Settlement Amount is inclusive of all Costs and Fees (including, without limitation, all attorneys' fees and costs incurred by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel in connection with this Litigation), and the Parties and Plaintiffs' Counsel agree that all Costs and Fees shall be paid out of and from the Settlement Amount. The Parties and Plaintiffs' Counsel agree that one-third (1/3) of the Settlement Amount, plus costs and expenses in the amount of $7,612.94, will be allocated to pay all Costs and Fees and that such allocated monies represent reimbursement of all Costs and Fees (including without limitation, all attorneys' fees and costs incurred by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel in connection with this Litigation). Plaintiffs' Counsel shall provide a sum total and itemized breakdown of all Costs and Fees to be paid from the Settlement Amount in the schedule annexed as Exhibit C. Payment of all Costs and Fees will be made in one check issued to "Moser Employment Law Firm, P.C." and delivered to Plaintiffs' Counsel.

3.4     **Tax Characterization.**

(A) For tax purposes, one third (33 1/3%) of payments to the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative pursuant to Section 3.1 shall be treated as back wages and two thirds (66 2/3%) of such payments shall be treated as interest, liquidated damages, and/or statutory damages. The Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative shall provide to Defendants' Counsel on or before the Effective Date completed and executed IRS Forms W-4 and W-9. Plaintiffs' Counsel shall provide to Defendants' Counsel on or before the Effective Date a completed and executed IRS Form W-9. No payment shall be issued under this Agreement until the executed IRS Forms W-4 and W-9 referenced above are tendered by the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative to Defendants' Counsel.

(B) Payments treated as back wages pursuant to Section 3.4(A) shall be made net of all applicable employment taxes, including, without limitation, federal, state and local income tax withholdings and the employee share of the FICA tax, and shall be reported to the Internal Revenue Service ("IRS") and the payee under the payee's name and social security number on an IRS Form W-2. Payments treated as interest, liquidated damages and/or statutory damages pursuant to Section 3.4(A) shall be made without withholdings and shall be reported to the IRS and the payee, to the extent required by law, under the payee's name and social security number on an IRS Form 1099. Payments of all Costs and Fees (including, without limitation, all attorneys' fees and costs incurred by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel in connection with this Litigation) pursuant to Section 3.3 shall be made to Plaintiffs' Counsel without withholding and reported on an IRS Form 1099 under the payee's name and taxpayer identification.

13

(C)   Defendants shall be responsible for any and all applicable employer tax contributions associated with wage payments, including, but not limited to, the employer share of the FICA tax and any federal and state unemployment tax due with respect to the amounts treated as wages pursuant to Section 3.4(A).   Any such payroll taxes ordinarily borne by the employer shall be paid by Defendants in addition to the Settlement Amount, and shall not be paid out of the Settlement Amount.   Defendants shall not be responsible for (i) any payroll taxes imposed on employees, rather than employers, (ii) any taxes imposed on the portion of the payments to the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative treated as payment of interest, liquidated damages, and/or statutory damages reported on Forms 1099, or (iii) any taxes imposed with respect to the payment of attorneys' fees to Plaintiffs' Counsel under this Agreement.

(D)   The Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative acknowledge and agree that, except as specified in Section 3.4(C), they will be solely responsible for all taxes, interest and penalties due with respect to any payment received pursuant to this Agreement.   Additionally, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative agree to indemnify and hold Releasees harmless for any and all federal, state and local taxes, interest, charges and penalties that are due, may become due or are otherwise assessed against the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative and Releasees at any time with respect to any portion of the Settlement Amount received by the Plaintiffs, FLSA Collective Members, Rule 23 Class Members, and Plaintiffs' Counsel, except for the employer share of the FICA tax and any federal and state unemployment tax due with respect to the amounts treated as wages as specified in Section 3.4(C).

(E)   The employee portion of all applicable income and payroll taxes will be the responsibility of the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative.

**3.5**   **Settlement Checks.**  Subject to the provisions of Sections 2.1, 2.2, 2.3 and 3.4 above, the payments referenced in Sections 3.1 and 3.3 above shall be delivered by Defendants to Plaintiffs' Counsel at 3 School Street, Suite 207B, Glen Cove, NY 11542.

## 4.   RELEASE

**4.1**   **Release of Claims by the Plaintiffs and FLSA Collective Members.**

By executing this Agreement, except as to such rights or claims as may be created by this Agreement, each Plaintiff and each FLSA Collective Member, on his or her behalf and on behalf of his or her respective current, former and future representatives, heirs, spouses, executors, administrators, successors, assigns, fiduciaries, agents, and attorneys, forever and fully releases

14

and discharges the Releasees from any and all Released Wage Claims as defined in Section 1.16 herein, which each Plaintiff and each FLSA Collective Member has or may have from the beginning of the world through the date this Court enters the order granting approval of this Agreement.

**4.2     Release of Claims by the Rule 23 Class Representative.**

By executing this Agreement, except as to such rights or claims as may be created by this Agreement, the Rule 23 Class Representative, on his behalf and on behalf of his respective current, former and future representatives, heirs, spouses, executors, administrators, successors, assigns, fiduciaries, agents, and attorneys, forever and fully releases and discharges the Releasees from any and all Released Wage Claims as defined in Section 1.16 herein (except for wage notice claims arising under NYLL § 195(1) and wage statement claims arising under NYLL § 195(3) which are addressed in the Negotiated Settlement Agreement and Release), which the Rule 23 Class Representative has or may have from the beginning of the world through the date this Court enters the order granting approval of this Agreement.

**4.3     Release of Fees and Costs for Settled Matters.**

The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel hereby irrevocably and unconditionally release, acquit, and forever discharge any claim that they may have against Releasees for attorneys' fees or costs associated with Plaintiffs' Counsel's representation of the Plaintiffs, FLSA Collective Members, and the Class Representative.

**4.4     Non-Admission of Liability.**

The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants acknowledge that Defendants have agreed to this Agreement and the terms of settlement herein without in any way acknowledging any fault or liability on their part or by any of the Releasees, and with the understanding that the terms have been reached because this settlement will (i) avoid the further expense of litigation, and (ii) put the Released Wage Claims in the Litigation finally to rest.  Nothing in this Agreement shall be deemed or used as an admission by any Releasee of liability or damages.  Defendants do not admit, and expressly deny, any liability or wrongdoing, or violation of any law, statute, order, regulation, contract, or policy.

**4.5     Representations and Warranties of the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative.**

By signing this Agreement, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative affirm, acknowledge and agree that:

(A)  They have been afforded a reasonable and sufficient period of time for review, for deliberation thereon and for negotiation of the terms of this Agreement, and they have been specifically advised to consult with legal counsel or a representative of their choice, have had the opportunity to do so and have, in

fact, done so by consulting with Plaintiffs' Counsel; and

(B) They have read and understands the terms of this Agreement, all of which have been fully explained to them; and

(C) They have signed this Agreement freely and voluntarily and without duress or coercion and with full knowledge of its significance and consequences and of the rights relinquished, surrendered, released and discharged hereunder; and

(D) The only consideration for signing this Agreement is the terms stated herein and no other promise, agreement or representation of any kind has been made to them by any person or entity whatsoever to cause them to sign this Agreement; and

(E) They have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim in the Litigation, and have full authority to enter into this Agreement and the release contained in Sections 4.1, 4.2, and 4.3 above; and

(F) Upon payment of the amounts due pursuant to Section 3 above, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative will have been paid in full for all time worked in connection with their employment with Defendants; and

(G) With the exception of the monies due to the Rule 23 Class Representative in connection with the settlement of his claims under NYLL §195(1) and NYLL §195(3) against the Defendants pursuant to the Negotiated Settlement Agreement and Release, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative are owed no other amounts or forms of compensation from Defendants and Releasees, including, but not limited to, any wages, overtime, minimum wage, spread of hours, split shift pay, vacation pay, sick pay, holiday pay, accrued benefits, severance, bonus, commissions, tips, liquidated damages, statutory damages, penalties, interest, attorneys' fees and costs; and

(H) They are not affected by any condition, drug, alcohol or medication that would interfere with or impair their ability to understand this Agreement; and

(I) They are not currently aware of any possible claims that could be asserted by them against Defendants and Releasees related to their employment with Defendants with the exception of claims existing under the terms of collective bargaining agreements between the Defendants and the United Food and Commercial Workers, Local 342; and

(J) They will not appeal any order(s) entered by the Court: (1) granting approval of this Agreement; (2) granting final approval of the Negotiated Settlement Agreement and Release; (3) dismissing with prejudice all claims that were or could have been asserted in the Litigation, inclusive of claims under NYLL §195(1) and NYLL §195(3); and (4) dismissing this Litigation in its entirety with

16

prejudice. Further, they expressly waive any and all rights to appeal any such order(s).

**4.6    Additional Covenants by the Plaintiffs, FLSA Collective Members and Rule 23 Class Representative.**

In exchange for the promises and other valuable consideration provided by Defendants in this Agreement:

(A)  The Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative shall withdraw, in writing and with prejudice, all complaints, suits, actions, charges, claims, grievances, arbitrations, and/or proceedings they have instituted and/or that have been instituted on their behalf against Defendants and all Releasees relating to any Released Wage Claims, including without limitation, the pending arbitration before Arbitrator John G. Kennedy, Esq. between the Defendants and the United Food and Commercial Workers, Local 342, seeking the recovery of wages that is referenced as "In the Matter of the Arbitration between Mejia Food Corp. and the UFCW Local 342 - Failure to pay proper wages to employees and document hours worked".  If any other complaint, suit, action, charge, claim, grievance, arbitration, and/or other proceeding that the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative have instituted or have been instituted on their behalf against Defendants and/or any of the Releasees relating to any Released Wage Claims, is not wholly and finally dismissed with prejudice, the Plaintiffs, FLSA Collective Members, and the Rule 23 Class Member shall not voluntarily testify, provide documents or otherwise participate, or permit others to participate on their behalf, in any such litigation, grievance, arbitration, investigation or other proceeding arising therefrom, or associated therewith, and shall not obtain or accept any recovery or relief therefrom;

(B)  The Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative shall not, in any way, assist any individual, entity or organization in commencing or prosecuting any action or proceeding against Defendants and Releasees, including, but not limited to, any complaint and/or any lawsuit, counter-claim, or cross-claim in federal, state or local court, any grievance or arbitration proceeding, or in any way participate or cooperate in any such action, grievance or arbitration proceeding, and shall not accept any relief or recovery therefrom, including without limitation, the pending arbitration before Arbitrator John G. Kennedy, Esq. between the Defendants and the United Food and Commercial Workers, Local 342, seeking the recovery of wages that is referenced as "In the Matter of the Arbitration between Mejia Food Corp. and the UFCW Local 342 - Failure to pay proper wages to employees and document hours worked". This prohibition applies to every stage of any proceeding, including any charge, complaint, grievance, arbitration, trial, pretrial preparation, pre-litigation fact gathering, and bars the Plaintiffs, FLSA Collective Members, and Rule 23 Class

Representative from testifying, providing documents or information, advising, counseling or providing any other form of assistance to any person, entity or organization that wishes to make or that is making any claim against Defendants and Releasees, except in an investigation or proceeding conducted by the U.S. Equal Employment Opportunity Commission, the U.S. Department of Labor, the New York State Department of Labor, or any other government agency, by order of a court of competent jurisdiction, or if otherwise prohibited by law.

(C) The Plaintiffs, FLSA Collective Members, and Rule 23 Class Member knowingly and voluntarily waive and agree to waive all their rights or claims to receive any monetary award or recovery of any type in connection with any lawsuit, complaint, grievance, investigation or arbitration  pursued against the Defendants and Releasees, with, by or in any federal, state or local administrative agency, court, union, or any other forum (including, without limitation, arbitration) seeking the recovery of any wages, compensation, remuneration, benefits, liquidated damages, statutory damages, penalties, interest, attorneys' fees and costs, monies and amounts owed relating to their employment with the Defendants and/or performance of work or services for Defendants from the beginning of the world through the date this Court enters the order granting approval of this Agreement, including without limitation, the pending arbitration before Arbitrator John G. Kennedy, Esq. between the Defendants and the United Food and Commercial Workers, Local 342, seeking the recovery of wages that is referenced as "In the Matter of the Arbitration between Mejia Food Corp. and the UFCW Local 342 - Failure to pay proper wages to employees and document hours worked".

**4.7    No Retaliation or Discrimination.**  Defendants agree that they will not retaliate or discriminate against any Plaintiff, FLSA Collective Member, or the Rule 23 Class Representative because of their involvement in this case.

**4.8    Failure or Refusal to Sign Agreement.**  All Plaintiffs, all FLSA Collective Members, and the Rule 23 Class Representative shall be bound by all terms, sections, and provisions of this Agreement, including, but not limited to, the release provisions in Sections 4.1, 4.2, and 4.3 herein, regardless of whether any Plaintiffs, FLSA Collective Members and the Rule 23 Class Representative fail or refuse to sign the Agreement.

To the extent any of the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representatives fail and/or refuse to sign the Agreement, the Parties agree that the checks constituting payment of the amounts due to such individuals under the terms of this Agreement will be held in escrow by Plaintiffs' Counsel for a period of six (6) months after Defendants' delivery of such checks to Plaintiffs' Counsel in accordance with Sections 2.1(F) and 3.5 herein and that any checks not claimed by the appropriate individual(s) within six (6) months after their delivery to Plaintiffs' Counsel shall be released from escrow and revert back to Defendants. Any Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative who fail and/or refuse

18

to sign the Agreement can claim the checks constituting payment of the amounts due to them under the Agreement which are held in escrow by contacting Plaintiffs' Counsel and signing the Agreement.

Plaintiffs' Counsel shall send the written notice annexed hereto as Exhibit D to all Plaintiffs, FLSA Collective Members, and the Rule 23 Class Representative who failed and/or refused to sign the Agreement, advising such individuals that: (a) the Agreement has been approved by the Court; (b) they are bound by the terms of the Agreement, including, without limitation, the release provisions in Sections 4.1, 4.2 and 4.3 of the Agreement, regardless of whether they sign the Agreement or not; (c) the Plaintiffs' Counsel is holding in escrow checks constituting monies due to them under the terms of the Agreement; (d) they have six (6) months from the date the checks are delivered to Plaintiffs' Counsel to contact Plaintiffs' Counsel and claim their respective checks under the Agreement; (e) they must sign the Agreement in order to claim and receive the checks constituting the amounts due to them under the Agreement which are being held in escrow; and (f) if they fail to contact Plaintiffs' Counsel and claim the checks constituting the amounts due to them under the Agreement within six (6) months after the checks are delivered to Plaintiffs' Counsel, the unclaimed checks will be released from escrow and returned to Defendants.  Said notice shall be sent by Plaintiffs' Counsel to the last known address of the Plaintiffs', FLSA Collective Members, and the Rule 23 Class Representative who fail and/or refuse to sign the Agreement via Certified Mail, Return Receipt Requested and U.S. Mail.

## 5.    INTERPRETATION AND ENFORCEMENT

5.1    **Cooperation; Further Acts.**  The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants shall reasonably cooperate with each other and shall use their reasonable best efforts to obtain the Court's approval of this Agreement and all of its terms.  Each party, upon request of any other party, agrees to perform such further acts and to execute and deliver such other documents as are reasonably necessary to carry out the provisions of this Agreement.

5.2    **No Assignment.**  The Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative represent and warrant that they have not assigned or transferred, or purported to assign or transfer, to any person or entity, any claim or any portion thereof or interest therein, including, but not limited to, any interest in the Litigation.

5.3    **Entire Agreement.**  This Agreement, and the Negotiated Settlement Agreement and Release incorporated by reference herein,  constitutes the entire agreement between the Parties with regard to the settlement of all Released Wage Claims, and all prior and contemporaneous negotiations and understandings between the Parties regarding the settlement of all Released Wage Claims shall be deemed merged into this Agreement.  The Parties further acknowledge and agree that the settlement of this Litigation is contingent upon the Court's approval of this Agreement and final approval the Negotiated Settlement Agreement and Release and entry of orders in

19

accordance with Sections 2.1, 2.2, and 2.3 above.

5.4 **Binding Effect.** This Agreement shall be binding upon the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants and, with respect to the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and their spouse(s), children, representatives, heirs, administrators, executors, beneficiaries, conservators, attorneys and assigns.

5.5 **Arms' Length Transaction; Maturity of Terms.** The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants have negotiated all the terms and conditions of this Agreement at arms' length. All terms and conditions of this Agreement in the exact form set forth in this Agreement are material to this Agreement and have been relied upon by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative and Defendants in entering into this Agreement, unless otherwise expressly stated.

5.6 **Captions.** The captions or headings of the Sections and paragraphs of the Agreement have been inserted for convenience of reference only and shall have no effect upon the construction or interpretation of any part of this Agreement.

5.7 **Construction.** The determination of the terms and conditions of this Agreement has been by mutual agreement of the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants. Each party participated jointly in the drafting of this Agreement, and therefore the terms and conditions of this Agreement are not intended to be, and shall not be construed against any party by virtue of draftsmanship. The language used in this Agreement is the language chosen by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative and Defendants to express their mutual intent, and no rule of strict construction will be applied against the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative and Defendants. Accordingly, the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants expressly waive any common law or statutory rule of construction that ambiguities should be construed against the drafter of this Agreement. The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Defendants also covenant and represent that the language in all parts of this Agreement shall be in all cases construed as a whole, according to its fair meaning.

5.8 **Blue Penciling.** Except for the provisions of Sections 4 and 5 of this Agreement, if any provision of this Agreement is held by a court of competent jurisdiction to be void, voidable, unlawful or unenforceable, the remaining portions of this Agreement will remain in full force and effect. If the Release of Claims by the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel contained in Sections 4.1, 4.2, and 4.3 of this Agreement are deemed to be unenforceable for any reason, the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, and Plaintiffs' Counsel agree to take all steps reasonably to draft and execute a valid release of claims, acceptable to the Parties and the Court.

20

5.9 **Governing Law.** This Agreement shall in all respects be interpreted, enforced and governed by and under the laws of the State of New York, without regard to choice of law principles, except to the extent that the law of the United States governs any matter set forth herein, in which case such federal law shall govern.

5.10 **Choice of Forum.** The Parties agree that any disputes arising out of or related to this Agreement shall be filed in the United States District Court for the Eastern District of New York and the Parties consent to the jurisdiction of such court for the purposes of such action.

5.11 **Waivers, Modifications and Amendments to Be in Writing.** No waiver, modification or amendment of the terms of this Agreement, whether purportedly made before or after the Court's approval of this Agreement, shall be valid or binding unless in writing, signed by or on behalf of the Plaintiffs, FLSA Collective Members, Rule 23 Class Representative and Defendants and then only to the extent set forth in such written waiver, modification or amendment, subject to any required Court approval. Any failure by any party to insist upon the strict performance by the other party of any of the provisions of this Agreement shall not be deemed a waiver of future performance of the same provisions or of any of the other provisions of this Agreement, and such party, notwithstanding such failure, shall have the right thereafter to insist upon the specific performance of any and all of the provisions of this Agreement.

5.12 **Plaintiffs', FLSA Collective Members', and Rule 23 Class Representative's Comprehension.** By signing this Agreement, the Plaintiffs, FLSA Collective Members, and Rule 23 Class Representative represent that (a) they understand the Agreement and knows that they are giving up important rights; (b) they agree with everything in the Agreement; (c) they have had an opportunity to consult with an attorney before signing the Agreement; and (d) they have signed the Agreement knowingly and voluntarily.

5.13 **Facsimiles and PDFs; Counterparts**. Facsimile transmission or electronic copies of signatures on this Agreement shall be deemed to be original signatures and shall be acceptable to the Parties to this Agreement for all purposes and may be used in lieu of the originals for any purpose. In addition, transmission by electronic mail of a PDF document created from the originally signed document shall be acceptable to the Parties to this Agreement for all purposes. The Parties may execute this Agreement in counterparts, and execution in counterparts shall have the same effect as if all Parties had signed the same instrument.

The Plaintiffs, FLSA Collective Members, Rule 23 Class Representative, Plaintiffs' Counsel, and Defendants have executed this Agreement on the dates indicated below.

Executed this _22_ day of _August_, 20 _17_ by _____
for New Food Corp. d/b/a Foodtown

Print Name: Jason Ferreira

Title: Vice President

Executed this _22_ day of _August_, 2017 by _____
for JCA Food Corp. d/b/a Metfood

Print Name: Jason Ferreira

Title: Vice President

Executed this _22_ day of _August_, 20 _17_ by _____
for JJC Food Corp. d/b/a Foodtown

Print Name: Jason Ferreira

Title: Vice President

Executed this _22_ day of _August_, 2017 by _____
for SWF Food Corp. d/b/a Foodtown

Print Name: Jason Ferreira

Title: Vice President

Executed this _22_ day of _August_, 20 _17_ by _____
for Mother Food Corp. d/b/a Foodtown

Print Name: Jason Ferreira

Title: Vice President

22

Executed this _22_ day of _August_, 20_17_ by _____
                                                    Jason Ferreira

Executed this _22_ day of _august_, 20_17_ by _____
                                                    Jose Ferreira

Executed this ____ day of _____, 20___ by _____
                                                    for Moser Employment Law Firm, P.C.
                                                    *as Plaintiffs' Counsel*
                                                    Print Name: Steven J. Moser, Esq.

Executed this ____ day of _____, 20___ by _____
                                                    Andres De Los Santos

Executed this _____ day of _____, 20___ by _____
                                                        Jason Ferreira


Executed this _____ day of _____, 20___ by _____
                                                        Jose Ferreira

Executed this __1__ day of __SEP__, 20_17_ by _____
                                                     for Moser Employment Law Firm, P.C.
                                                     as *Plaintiffs' Counsel*
                                                     Print Name: Steven J. Moser, Esq.


Executed this _____ day of _____, 20___ by _____
                                                        Andres De Los Santos

23

Executed this ____ day of _____, 20___ by _____

Jason Ferreira

Executed this ____ day of _____, 20___ by _____

Jose Ferreira

Executed this ____ day of _____, 20___ by _____

for Moser Employment Law Firm, P.C.
*as Plaintiffs' Counsel*
Print Name: Steven J. Moser, Esq.

Executed this 22 day of *UUU* , 2017 by A N C P O L O S S A T O S

Andres De Los Santos

STATE OF  New York              )
                               )ss:
COUNTY OF  Nassau              )

On   May 22nd            , 2017 before me personally came **Andres De Los Santos**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Galilzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/2020

Executed this ____ day of _____, 20___ by _____
                                              Domingo Franco

STATE OF                  )
                          )ss:
COUNTY OF                 )

On _____, 2017 before me personally came **Domingo Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

24

STATE OF                      )
                             )ss:
COUNTY OF                     )

    On _____, 2017 before me personally came **Andres De Los Santos,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public



Executed this 22 day of _May__ , 2017 by _Domingo Franco_
                                           Domingo Franco

STATE OF  New York    )
                     )ss:
COUNTY OF  Nassau     )

    On _May 22nd_____, 2017 before me personally came **Domingo Franco,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/2020

600265_2: Collective Action Settlement Agreement

Executed this 20 day of MAY , 20 17 by _____
                                              Angel Rodriguez


STATE OF   New York   )
                      )ss:
COUNTY OF   Nassau    )

        On   May 20th       , 2017 before me personally came **Angel Rodriguez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


                              _____
                              Notary Public
                              Giuseppe Galtieri
                              Notary Public, State of New York
                              No. 01GA6347397
                              Qualified in Nassau County
                              Commission Expires 08/06/20 20


Executed this ____ day of _____, 20___ by _____
                                                        Jose Ramon Lopez


STATE OF              )
                      )ss:
COUNTY OF             )

        On _____, 2017 before me personally came **Jose Ramon Lopez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


                              _____
                              Notary Public


                                    25

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____
                                                              Angel Rodriguez


STATE OF               )
                       )ss:
COUNTY OF              )

On _____, 2017 before me personally came **Angel Rodriguez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


Executed this 21ˢᵗ day of May _____, 20 17 by _____
                                                              Jose Ramon Lopez Avendaño


STATE OF New York      )
                       )ss:
COUNTY OF Nassau       )

On ___May 21_____, 2017 before me personally came **Jose Ramon Lopez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020


25

Executed this _21st_ day of _May_____, 20_17_ by _SAN+oN/o_____

Ramon Santos, individually

STATE OF _New York_  )
                     )ss:
COUNTY OF _Nassau_  )

On _____May 21____, 2017 before me personally came **Ramon Santos**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this _21st_ day of _May_____, 20_17_ by _RAMON_____

Ramon Santos, as Rule 23 Class
Representative

STATE OF _New York_  )
                     )ss:
COUNTY OF _Nassau_  )

On _____May 21____, 2017 before me personally came **Ramon Santos**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

26

Executed this _____ day of _____, 20___ by _____

Print Name:   Jose Victor Arevalo

STATE OF                )
                        )ss:
COUNTY OF               )

On _____, 2017 before me personally came **Jose Victor Arevalo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this _21ˢᵗ_ day of _May_____, 20_17_ by _____

Print Name:   Elvis Arias

STATE OF _New York_      )
                         )ss:
COUNTY OF _Nassau_       )

On _____May 21_____, 2017 before me personally came **Elvis Arias**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

27

600265_2: Collective Action Settlement Agreement

Executed this __24th__ day of __May__, 20_17_ by _____

Print Name:   Jose Victor Arevalo

STATE OF  New York   )
                     )ss:
COUNTY OF  Queens    )

On __May 24, 2017__, 2017 before me personally came **Jose Victor Arevalo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

DENNIS S. MATARANGAS
Notary Public, State of New York
No. 02MA5035307
Qualified in Queens County
Commission Expires Oct. 31  19
12/13/18

Executed this ____ day of _____, 20___ by _____

Print Name:   Elvis Arias

STATE OF            )
                    )ss:
COUNTY OF           )

On _____, 2017 before me personally came **Elvis Arias**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

DENNIS S. MATARANGAS
Notary Public, State of New York
No. 02MA5035307
Qualified in Queens County
Commission Expires Oct. 31  19

27

Executed this 24th day of May , 20 17 by _____
Print Name: Jose Victor Arevalo

STATE OF New York )
                           )ss:
COUNTY OF Queens )

On May 24, 2017 , 2017 before me personally came **Jose Victor Arevalo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

DENNIS S. MATARANGAS
Notary Public, State of New York
No. 02MA5035307
Qualified in Queens County
Commission Expires Oct. 31 19
12/13/18

Executed this ____ day of _____, 20___ by _____
Print Name: Elvis Arias

STATE OF              )
                           )ss:
COUNTY OF          )

On _____, 2017 before me personally came **Elvis Arias**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

DENNIS S. MATARANGAS
Notary Public, State of New York
No. 02MA5035307
Qualified in Queens County
Commission Expires Oct. 31 19

27

Executed this $\underline{22}$ day of $\underline{O5}$ , 20 $\underline{17}$ by $\underline{\text{Johanny Anil}}$

Print Name:   Johanny Anil

STATE OF   Flonda   )
                    )ss:
COUNTY OF   Osceola   )

On $\underline{May\ 22nd}$ , 2017 before me personally came **Johanny Anil**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

JONATHAN BERRIOS DROZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF183177
Expires 1/26/2019

Notary Public

Executed this _22_ day of _OS_ , 20_17_ by _Johanny Anil_

Print Name:   Johanny Anil

STATE OF _Florida_ )
)ss:
COUNTY OF _Osceola_ )

On _May 22nd_ , 2017 before me personally came **Johanny Anil**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

JONATHAN BERRIOS DROZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF183177
Expires 1/26/2019

_____
Notary Public

Executed this _21st_ day of __May__ , 20_17_ by _Rafaela Batista_

Print Name: Rafaela Batista

STATE OF _New York_ )
                            )ss:
COUNTY OF _Nassau_ )

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

On ___May   21___ , 2017 before me personally came **Rafaela Batista**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Executed this ____ day of _____, 20___ by _____

Print Name:   Christina Bishun

STATE OF               )
                            )ss:
COUNTY OF             )

On _____, 2017 before me personally came **Christina Bishun**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

29

Executed this 01 day of June , 2017 by _____

Print Name:   Jennifer Bonilla

STATE OF   IL        )
                     )ss:
COUNTY OF   COOK   )

   On June 1, _____, 2017 before me personally came **Jennifer Bonilla**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

SALLY A ZURAWSKI
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 31, 2017

_____
Notary Public

Executed this ____ day of _____, 20___ by _____

Print Name:   Edwin Bonilla Umanzor

STATE OF            )
                    )ss:
COUNTY OF           )

   On _____, 2017 before me personally came **Edwin Bonilla Umanzor**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

30

Executed this _____ day of _____, 20___ by _____

Print Name:   Esteban Bourdier

STATE OF                     )
                            )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Esteban Bourdier**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 24 day of May 2017 by C A N d o o m J e S

Print Name:   ~~Angeles Candido~~

CANdido of on JeS

Candidoantonio angeles esterez

STATE OF New York          )
                            )ss:
COUNTY OF Nassau           )

Candido angeles

On ___May 24th___, 2017 before me personally came ~~Angeles Candido~~, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Galilzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20 20

31

600265_2: Collective Action Settlement Agreement

Executed this 21st day of ___May___, 20_1_7 by _____

Print Name:   Esteban Bourdier

STATE OF  New York   )
                                                )ss:
COUNTY OF  Nassau  )

On ___May  21___, 2017 before me personally came **Esteban Bourdier**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____

Print Name:   Angeles Candido

STATE OF                      )
                                         )ss:
COUNTY OF                 )

On _____, 2017 before me personally came **Angeles Candido**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

31

Executed this _26_ day of _MAYO_, 20_17_ by _____

Print Name:   Felix Carrasco

STATE OF  New York  )
                                    )ss:
COUNTY OF  Nassau  )

On _May 26th_, 2017 before me personally came **Felix Carrasco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347387
Qualified in Nassau County
Commission Expires 09/08/20_20_

Executed this ____ day of _____, 20___ by _____

Print Name:   Miguel Carrillo

STATE OF                    )
                                    )ss:
COUNTY OF                 )

On _____, 2017 before me personally came **Miguel Carrillo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

32

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____

Print Name:  Felix Carrasco

STATE OF            )
                    )ss:
COUNTY OF           )

On _____, 2017 before me personally came **Felix Carrasco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

Executed this 21ˢᵗ day of May , 2017 by _____

Print Name:   Miguel Carrillo

STATE OF New York )
                  )ss:
COUNTY OF Nassau )

On _____May 21_____, 2017 before me personally came **Miguel Carrillo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

32

Executed this _15_ day of _June_ , 201_7_ by _Denise Castaneda_

Print Name:  ~~Denise Castadena~~ CASTANEDA

STATE OF NEW JERSEY

COUNTY OF HUDSON  )ss:

On _June 15_ , 2017 before me personally came ~~Denise Castadena~~ Denise CASTANEDA, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_Genaro Fredes_

Notary Public

[Notary seal: GENARO FREDES, NOTARY PUBLIC, NEW JERSEY, COM. EXP 11-25-20, HUDSON C.]

Executed this ____ day of _____ , 20___ by _____

Print Name: Lelia Germania Castillo de Marchan

STATE OF _____  )

COUNTY OF _____  )ss:

On _____ , 2017 before me personally came **Lelia Germania Castillo de Marchan**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

33

Executed this _20_ day of _May_, 20_17_ by _____

Print Name: Angel Chavarria Flores

*Angel Gabriel Chavarria Flores*

STATE OF New York       )
                        )ss:
COUNTY OF Nossau        )

On _May 20th_, 2017 before me personally came **Angel G Chavarria Flores**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public Giuseppa Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20_20_

Executed this ____ day of _____, 20___ by _____

Print Name:   Juan Antonio Corvera Vasquez

STATE OF                )
                        )ss:
COUNTY OF               )

On _____, 2017 before me personally came **Juan Antonio Corvera Vasquez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____

Print Name:   Angel Chavarria Flores

STATE OF                       )
                                     )ss:
COUNTY OF                    )

On _____, 2017 before me personally came **Angel Chavarria Flores**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 2 4 day of MOY _____, 20 17 by _____

Print Name:   Juan Antonio Corvera Vasquez

STATE OF  New York  )
                                     )ss:
COUNTY OF  Nassau  )

On  May 24th _____, 2017 before me personally came **Juan Antonio Corvera Vasquez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Galitzzi
Notary Public, State of New York
No. 01GA6347387
Qualified in Nassau County
Commission Expires 09/06/2020

34

Executed this _____ day of _____, 20___ by _____

Print Name:   Jose De La Rosa

STATE OF                    )
                           )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Jose De La Rosa**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 22 day of Mayte , 2017 by Maria Diaz

Print Name:   Maria Diaz

STATE OF  New York       )
                         )ss:
COUNTY OF  Nassau        )

On   May 22ⁿᵈ _____, 2017 before me personally came **Maria Diaz**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/08/2020

36

600265_2: Collective Action Settlement Agreement

Executed this _26_ day of _May_ , 20_17_ by _Jose De La Rosa_

Print Name:   Jose De La Rosa

STATE OF   New York  )
                                           )ss:
COUNTY OF   Nassau   )

On _May 26th_ , 2017 before me personally came **Jose De La Rosa**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Giuseppo Galizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/08/20 _20_

Executed this ____ day of _____ , 20___ by _____

Print Name:   Maria Diaz

STATE OF                     )
                                           )ss:
COUNTY OF                )

On _____ , 2017 before me personally came **Maria Diaz**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

36

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____

                                    Print Name:   Cirilio Estebez Franco


STATE OF                    )
                            )ss:
COUNTY OF                   )

        On _____, 2017 before me personally came **Cirilio Estebez Franco,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


                        _____
                        Notary Public


Executed this _19_ day of _Mad_, 20_17_ by _FRANCISCO PATINO nune_

                                    Print Name:   Patino-Nunez Francisco


STATE OF  New York          )
                            )ss:
COUNTY OF Nassau            )

        On _May 19th_____, 2017 before me personally came **Patino-Nunez Francisco,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


                        _____
                        Notary Public

                        Giuseppo Galilzzi
                        Notary Public, State of New York
                        No. 01GA8347397
                        Qualified in Nassau County
                        Commission Expires 09/08/2020


                                37

600265_2: Collective Action Settlement Agreement

Executed this _26_ day of _May_, 20_17_ by _Cirilo Estevez Franco_

Print Name: ~~Cirilio Estebez Franco~~

_Cirilo Estevez Franco_

STATE OF _New York_ )

COUNTY OF _Nassau_ )ss:

)

_Cirilo Estevez Franco_

On _May 26ᵗʰ_, 2017 before me personally came ~~Cirilio Estebez~~
~~Franco~~, to me known and known to me to be the individual described in, and who executed the
foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

Giuseppe Galitzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20.2ₒ

Executed this ____ day of _____, 20___ by _____

Print Name:  Patino-Nunez Francisco

STATE OF _____ )

)ss:

COUNTY OF _____ )

On _____, 2017 before me personally came **Patino-Nunez**
**Francisco**, to me known and known to me to be the individual described in, and who executed
the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

37

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____
                                                    Print Name:  Ferminia Franco


STATE OF         )
                                    )ss:
COUNTY OF     )

On _____, 2017 before me personally came **Ferminia Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


Executed this 26th day of MAY _____, 2017 by Benedicto Franco
                                             Print Name: Benedito Franco


STATE OF New York )
                          )ss:
COUNTY OF Queens )

On MAY 26th _____, 2017 before me personally came **Benedito Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public

**Amarilis De Jesus
Notary Public State of NY
No. 01DE6153611
Qualify in Queens County
Comission Expires October 10 2018**

38

Executed this _22_ day of _MAY_ , 20_17_ by _Ferminia Franco_

Print Name:   Ferminia Franco

F.D. 1624068608565/

STATE OF _New York_

COUNTY OF _New York_ )ss:

On _27 DAY of MAY_ , 2017 before me personally came **Ferminia Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_Nancy Tavera_

Notary Public

**NANCY TAVERA**
Notary Public - State of New York
No, 01TA6042452
Qualified in New York County
Commission Expires May 30, 20 18

Executed this ____ day of _____, 20___ by _____

Print Name: Benedito Franco

STATE OF _____ )

COUNTY OF _____ )ss:
)

On _____, 2017 before me personally came **Benedito Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

38

Executed this _21st_ day of _May_____, 201 7 by _Humberto A Franco - B._
                                                    Print Name:   Humberto Antonio Franco


STATE OF _New York_ )
                    )ss:
COUNTY OF _Nassau_  )

    On _____May     21_____, 2017 before me personally came **Humberto Antonio Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                    _____R Buchf_
                Notary Public

                        **Jeffrey R. Buchheit**
                    **Notary Public - State of New York**
                      **No. 01BU6339994**
                      **Qualified in Nassau County**
                      **My Commission Expires 04/11/2020**


Executed this ____ day of _____, 20___ by _____
                                               Print Name:   Ivellise Franco


STATE OF            )
                        )ss:
COUNTY OF          )

    On _____, 2017 before me personally came **Ivellise Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                  _____
                  Notary Public

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____
                                               Print Name:   Humberto Antonio Franco


STATE OF              )
                      )ss:
COUNTY OF             )

On _____, 2017 before me personally came **Humberto Antonio Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


Executed this 21ˢᵗ day of _May_, 20 _17_ by _Ivellise Franco_
                                            Print Name:   Ivellise Franco


STATE OF _New York_   )
                      )ss:
COUNTY OF _Nassau_    )

On _May 21_, 2017 before me personally came **Ivellise Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020


39

Executed this _21st_ day of _May_ , 20_17_ by _Jonathan Franco_

Print Name:   Jonathan Franco

STATE OF _New York_  )
                     )ss:
COUNTY OF _Nassau_   )

On _May 21_ , 2017 before me personally came **Jonathan Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____ , 20___ by _____

Print Name:   David Franco

STATE OF          )
                  )ss:
COUNTY OF         )

On _____ , 2017 before me personally came **David Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

40

Executed this _____ day of _____, 20___ by _____

Print Name:   Jonathan Franco

STATE OF         )
                  )ss:
COUNTY OF    )

On _____, 2017 before me personally came **Jonathan Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

Executed this 15th day of June, 2017 by _David Franco_

Print Name:   David Franco

STATE OF   New York  )
                     )ss:
COUNTY OF   Nassau  )

On __June 15__, 2017 before me personally came **David Franco**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

40

600265_2: Collective Action Settlement Agreement

Executed this 21ˢᵗ day of May , 2017 by _____

Print Name: Felix Jose Franco Batista

STATE OF New York )
                          )ss:
COUNTY OF Nassau )

On May 21 , 2017 before me personally came **Felix Jose Franco Batista**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____

Print Name:   Daniel Gomez

STATE OF                    )
                          )ss:
COUNTY OF              )

On _____, 2017 before me personally came **Daniel Gomez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

41

Executed this ____ day of _____, 20___ by _____

Print Name: Felix Juan Franco Batista

STATE OF                    )
                            )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Felix Juan Franco Batista**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 22 day of May, 2017 by _____

Print Name:   Daniel Gomez

STATE OF New York          )
                           )ss:
COUNTY OF Nassau           )

On ___May 22nd___, 2017 before me personally came **Daniel Gomez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/2020

41

Executed this _19th_ day of _May_ , 20_17_ by _____

Print Name: Mario Benito Guaillazaca

STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

On _May 19_ , 2017 before me personally came **Mario Benito Guaillazaca**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

_____
Notary Public

Executed this _19th_ day of _May_ , 20_17_ by _____

Print Name:  Hugo Guaillazaca

STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

On _May 19_ , 2017 before me personally came **Hugo Guaillazaca**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

_____
Notary Public

42

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____
                                                        Print Name:   Eli Hernandez


STATE OF                    )
                            )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Eli Hernandez**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


                                    _____
                                    Notary Public


Executed this _8th_ day of _June_, 20 _17_ by _____
                                                 Print Name:   Juan Jimenez


STATE OF  New York     )
                       )ss:
COUNTY OF  Nassau      )

On _____June 8_____, 2017 before me personally came **Juan Jimenez**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.

                                    _____
                                    Notary Public

                            Jeffrey R. Buchheit
                        Notary Public - State of New York
                              No. 01BU6339994
                           Qualified in Nassau County
                        My Commission Expires 04/11/2020


                                    43

Executed this 25th day of _May_ , 2017 by _Efful_

Print/Name:   Eli Hernandez


STATE OF  New York        )
                          )ss:
COUNTY OF   Nassau        )

        On _Eli Hernandez_ , 2017 before me personally came **Eli Hernandez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020


Executed this ____ day of _____, 20___ by _____

Print Name:   Juan Jimenez


STATE OF               )
                       )ss:
COUNTY OF              )

        On _____, 2017 before me personally came **Juan Jimenez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


43

Executed this _26_ day of ___MAYA___, 20 17 by _____
Print Name:   Edwin Ramiro Lopez


STATE OF   New York   )
                                        )ss:
COUNTY OF   Nassau   )

On _May 26th_____, 2017 before me personally came **Edwin Ramiro Lopez**,
to me known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public Giuseppe Galitzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20 20


Executed this _____ day of _____, 20 ___ by _____
Print Name:   Agusto Ruben Lopez


STATE OF                      )
                                        )ss:
COUNTY OF                  )

On _____, 2017 before me personally came **Agusto Ruben Lopez**,
to me known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


44

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____

                                    Print Name:   Edwin Ramiro Lopez

STATE OF                )
                             )ss:
COUNTY OF           )

        On _____, 2017 before me personally came **Edwin Ramiro Lopez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                  _____
                                  Notary Public

Executed this _8/19_ day of _May_, 20_17_ by _____Augusto Alfes_____

                                  Print Name:   ~~Agusto~~ Ruben Lopez
                                      _Augusto_
                                      Augusto Ruben Lopez

STATE OF  New York     )
                             )ss:
COUNTY OF  Nassau    )

        On  May 19th _____, 2017 before me personally came **Agusto Ruben Lopez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                  _____
                                  Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/2020

44

Executed this _21st_ day of _May_, 20_17_ by _____
                                                          Print Name:   Juan Pablo Lopez Rodriguez


STATE OF _New York_      )
                          )ss:
COUNTY OF _Nassau_       )

On _May    21_, 2017 before me personally came **Juan Pablo Lopez Rodriguez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____
                                                          Print Name:   Angela Marquez


STATE OF              )
                       )ss:
COUNTY OF             )

On _____, 2017 before me personally came **Angela Marquez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____
Print Name:   Juan Pablo Lopez Rodriguez

STATE OF                )
                        )ss:
COUNTY OF               )

      On _____, 2017 before me personally came **Juan Pablo Lopez Rodriguez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 26 day of MaY , 20 17 by *Angela Marques*
Print Name:   Angela Marquez S

STATE OF New york )
                  )ss:
COUNTY OF Queens )

      On 26th day of May. , 2017 before me personally came **Angela Marquez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

JOSE L FERRE
NOTARY PUBLIC STATE OF NEW YORK
NO. 01FE6152567
Qualified in Queens County
My Commission Expires September 2018

45

Executed this _____ day of _____, 20___ by _____

Print Name:   Laura McCann

STATE OF                    )
                            )ss:
COUNTY OF                   )

      On _____, 2017 before me personally came **Laura McCann**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this _25th_ day of __May__, 20_17_ by _Josefina mejia_

Print Name:   Josefina Mejia

STATE OF _New York_        )
                            )ss:
COUNTY OF _Nassau_         )

      On __May   25_____, 2017 before me personally came **Josefina Mejia**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_Jffy R Butt_
Notary Public

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

46

600265_2: Collective Action Settlement Agreement

Executed this _20_ day of _MAY_, 20_17_ by _Rene Mejia_

Print Name: Rene Mejia

STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

    On _May 20th_, 2017 before me personally came **Rene Mejia**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public
Giuseppe Galluzzi
Notary Public, State of New York
No. 01GA6347397
Qualified In Nassau County
Commission Expires 09/06/20_20_

Executed this ____ day of _____, 20___ by _____

Print Name:   Leonardo Nunez

STATE OF            )
                    )ss:
COUNTY OF           )

    On _____, 2017 before me personally came **Leonardo Nunez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

47

Executed this ____ day of _____, 20___ by _____

Print Name: Rene Mejia

STATE OF                    )
                           )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Rene Mejia**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 24 day of May , 20___ by _Leonardon un_____

Print Name:   Leonardo Nunez

STATE OF New York )
                 )ss:
COUNTY OF Nassau )

On ___May 24th_____, 2017 before me personally came **Leonardo Nunez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20 20

47

Executed this _19_ day of _MAY_____, 20_17_ by _Felix PAtino NUNEZ_____
Print Name:   Felix Patino Nunez


STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

On ___May 19th_____, 2017 before me personally came **Felix Patino Nunez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public

Giuseppe Galilzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/2020


Executed this ____ day of _____, 20___ by _____
Print Name:   Lahene Ocasio


STATE OF              )
                      )ss:
COUNTY OF             )

On _____, 2017 before me personally came **Lahene Ocasio**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.


_____
Notary Public


48

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20 ___ by _____
Print Name:   Felix Patino Nunez

STATE OF                     )
                             )ss:
COUNTY OF                    )

On _____, 2017 before me personally came **Felix Patino Nunez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this _13th_ day of _June_ , 20 ___ by _____
Print Name:   Lahene Ocasio

STATE OF _New York_ )
                    )ss:
COUNTY OF _Nassau_ )

On _June 13_ , 2017 before me personally came **Lahene Ocasio**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

48

Executed this _20_ day of _Meg_, 20_17_ by _____
Print Name: Julio Orellana

STATE OF New York        )
                         )ss:
COUNTY OF Nassau         )

On _May 20th_____, 2017 before me personally came **Julio Orellana**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Gallizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20 20

Executed this ____ day of _____, 20___ by _____
Print Name:   Pablo Orellana

STATE OF                 )
                         )ss:
COUNTY OF                )

On _____, 2017 before me personally came **Pablo Orellana**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

49

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____

Print Name:   Julio Orellana

STATE OF                    )
                           )ss:
COUNTY OF                   )

      On _____, 2017 before me personally came **Julio Orellana**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 21st day of May , 2017 by _____

Print Name:   Pablo Orellana

STATE OF New York          )
                           )ss:
COUNTY OF Nassau            )

      On  May 21 ____, 2017 before me personally came **Pablo Orellana**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

**Jeffrey R. Buchheit**
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

49

600265_2: Collective Action Settlement Agreement

Executed this _23_ day of _May_ , 20_17_ by _Cassie Pursoo_

Print Name:   Cassie Pursoo

STATE OF _New York_ )
                              )ss:
COUNTY OF _Nassau_ )

On _May 23_ , 2017 before me personally came **Cassie Pursoo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____ , 20___ by _____

Print Name:   Yeury de Jesus Ramirez Taveras

STATE OF              )
                              )ss:
COUNTY OF              )

On _____ , 2017 before me personally came **Yeury de Jesus Ramirez Taveras**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

50

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____

Print Name:   Cassie Pursoo

STATE OF           )
                          )ss:
COUNTY OF       )

On _____, 2017 before me personally came **Cassie Pursoo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this _23rd_ day of _May_, 20_17_ by _____

Print Name:   Yeury de Jesus Ramirez Taveras

STATE OF _New York_ )
                           )ss:
COUNTY OF _Nassau_ )

On _May 23_, 2017 before me personally came **Yeury de Jesus Ramirez Taveras**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

50

600265_2: Collective Action Settlement Agreement

Executed this _21st_ day of _May_ , 20_17_ by _WENDY RiVaS ESPins/_

Print Name:   Wendy Rivas Espinal

STATE OF _New York_ )
                              )ss:
COUNTY OF _Nassau_ )

On _May  21_ , 2017 before me personally came **Wendy Rivas Espinal,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____

Print Name:   Genovi Rodriguez

STATE OF                    )
                              )ss:
COUNTY OF                )

On _____, 2017 before me personally came **Genovi Rodriguez,** to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

51

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____

Print Name:   **Wendy Rivas Espinal**

STATE OF                        )
                               )ss:
COUNTY OF                      )

     On _____, 2017 before me personally came **Wendy Rivas Espinal**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                               _____

                               Notary Public

Executed this _15_ day of _June_, 2017 by _____

Print Name:   **Genovi Rodriguez**

STATE OF New York              )
                               )ss:
COUNTY OF Queens               )

     On _June 15, 2017_, 2017 before me personally came **Genovi Rodriguez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                               _____

                               Notary Public

                               JOHN LENNELL WILLIAMS
                               Notary Public, State of New York
                               01 WI   4284405
                               Qualified in Bronx County
                               Commission Expires __June 8, 2018__

600265_2: Collective Action Settlement Agreement

Executed this _12_ day of _JUNE_, 20_17_ by _____
Print Name:   Feliberto Rodriguez Cruz

STATE OF  New York  )
                                        )ss:
COUNTY OF  Nassau  )

On ___June 12th___, 2017 before me personally came **Feliberto Rodriguez Cruz**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

Giuseppe Galifizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 03/06/20 20

_____
Notary Public

Executed this ____ day of _____, 20___ by _____
Print Name:   Martin Rosario

STATE OF                    )
                                        )ss:
COUNTY OF                )

On _____, 2017 before me personally came **Martin Rosario**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

52

Executed this _____ day of _____, 20___ by _____

Print Name:   Feliberto Rodriguez Cruz

STATE OF                    )
                           )ss:
COUNTY OF                   )

On _____, 2017 before me personally came **Feliberto Rodriguez Cruz**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 2/1 day of MAY , 20___ by Martin Rosario _____

Print Name:   Martin Rosario

STATE OF  New York   )
                    )ss:
COUNTY OF  Nassau    )

On  May 24th _____, 2017 before me personally came **Martin Rosario**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Giuseppe Galizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20.20

52

Executed this 20 day of May , 20 17 by Faustino Sales

Print Name:   Faustino Sales


STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

On  May 20th        , 2017 before me personally came **Faustino Sales**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


Notary Public
Giuseppe Galilzzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20.20


Executed this ____ day of _____, 20___ by _____

Print Name:   Flor Sanchez


STATE OF            )
                    )ss:
COUNTY OF           )

On _____, 2017 before me personally came **Flor Sanchez**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


Notary Public


53

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____
Print Name:   Faustino Sales

STATE OF                    )
                           )ss:
COUNTY OF                  )

      On _____, 2017 before me personally came **Faustino Sales**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                     _____
                                     Notary Public

Executed this _21st_ day of _May_____, 20_17_ by _____.
Print Name:   Flor Sanchez

STATE OF _New York_     )
                       )ss:
COUNTY OF _Nassau_     )

      On _May  21_____, 2017 before me personally came **Flor Sanchez**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                     _____
                                     Notary Public

                                     **Jeffrey R. Buchheit**
                           Notary Public - State of New York
                               No. 01BU6339994
                             Qualified in Nassau County
                         My Commission Expires 04/11/2020

600265_2: Collective Action Settlement Agreement

Executed this 6th day of June, 2017 by _____
Print Name: ~~Allouin Sylla~~
Alioune

STATE OF New York )
                  )ss:
COUNTY OF Nassau  )

Alioune

On ___June 6___, 2017 before me personally came ~~Allouin~~ **Sylla**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____
Print Name:  Diosmery Tejada

STATE OF         )
                 )ss:
COUNTY OF        )

On _____, 2017 before me personally came **Diosmery Tejada**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

54

Executed this ____ day of _____, 20___ by _____

Print Name:   Allouin Sylla

STATE OF                      )
                             )ss:
COUNTY OF                     )

On _____, 2017 before me personally came **Allouin Sylla**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this _25th_ day of _MAY_, 20_17_ by _____

Print Name:   Diosmery Tejada

STATE OF _NEW YORK_ )
                    )ss:
COUNTY OF _NASSAU_  )

On _MAY 25th_, 2017 before me personally came **Diosmery Tejada**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeanette D. Luin
Notary Public, State of New York
No. 01LU6067918
Qualified in Nassau County
Commission Expires February 21, 2019

54

Executed this _21st_ day of _May_, 20 _17_ by _Luis A Trejo_ _____
                                                Print Name:   Luis Arsenio Trejo

STATE OF _New York_   )
                       )ss:
COUNTY OF _Nassau_    )

On _May 21_, 2017 before me personally came **Luis Arsenio Trejo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____
                                                Print Name:   Arcadio Vargas

STATE OF              )
                       )ss:
COUNTY OF             )

On _____, 2017 before me personally came **Arcadio Vargas**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

55

Executed this _____ day of _____, 20___ by _____

Print Name:   Luis Arsenio Trejo

STATE OF               )
                       )ss:
COUNTY OF              )

On _____, 2017 before me personally came **Luis Arsenio Trejo**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Executed this 22ⁿᵈ day of May , 2017 by _Arcadio Vargas_

Print Name:   Arcadio Vargas

STATE OF New York )
                  )ss:
COUNTY OF Queens )

On _May 22_ , 2017 before me personally came **Arcadio Vargas**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

ZORAYA E. FELIZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FE5078179
Qualified in New York County
Cert. Filed in New York County
Commission Expires 5/19/19

55

600265_2: Collective Action Settlement Agreement

Executed this _21st_ day of _May_ , 20_17_ by _Marino Alfredo Vargas_
                                                                Print Name:   Marino Vargas

STATE OF _New York_   )
                                      )ss:
COUNTY OF _Nassau_    )

On ___May 21___ , 2017 before me personally came **Marino Vargas**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

Jeffrey R. Buchheit
Notary Public - State of New York
No. 01BU6339994
Qualified in Nassau County
My Commission Expires 04/11/2020

Executed this ____ day of _____, 20___ by _____
                                                                Print Name:   Felix Vitino

STATE OF                    )
                                      )ss:
COUNTY OF                )

On _____, 2017 before me personally came **Felix Vitino**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

_____
Notary Public

56

600265_2: Collective Action Settlement Agreement

Executed this ____ day of _____, 20___ by _____

Print Name:   Marino Vargas


STATE OF                        )
                               )ss:
COUNTY OF                      )

        On _____, 2017 before me personally came **Marino Vargas**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


                              _____
                              Notary Public



Executed this 20 day of may _____, 20 17 by _____

Print Name:   Felix ~~Vitino~~ Vitinio

STATE OF  New York   )
                     )ss:
COUNTY OF  Nassau    )

        On   May 20th   _____, 2017 before me personally came **Felix Vitino**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.


                              _____
                              Notary Public

                              Giuseppe Galizzi
                       Notary Public, State of New York
                              No. 01GA6347397
                          Qualified in Nassau County
                       Commission Expires 09/06/20 20

600265_2: Collective Action Settlement Agreement

Executed this 30 day of May , 20 17 by Erin Yarrobino
Print Name:   Erin Yamobino

STATE OF  New York )
                   )ss:
COUNTY OF Queens )

On  May 30,          , 2017 before me personally came **Erin Yamobino**, to me
known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.

JAMES J. GALLESHAW
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GA6149103
Qualified In Queens County
My Commission Expires November 20, 20 18

Notary Public

Executed this ____ day of _____, 20 ___ by _____
                                        Print Name:   Rohan Youngsam

STATE OF               )
                       )ss:
COUNTY OF              )

On _____, 2017 before me personally came **Rohan Youngsam**, to
me known and known to me to be the individual described in, and who executed the foregoing
instrument, and duly acknowledged to me that he/she executed the same.

Notary Public

600265_2: Collective Action Settlement Agreement

Executed this _____ day of _____, 20___ by _____

                                          Print Name:  Erin Yamobino

STATE OF                )
                             )ss:
COUNTY OF            )

      On _____, 2017 before me personally came **Erin Yamobino**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                    _____
                                    Notary Public

Executed this _5/20/17_ day of _May_, 201_7_ by _Rohan . Y_____

                                        Print Name:  Rohan Youngsam

STATE OF  New York    )
                             )ss:
COUNTY OF  Nassa    )

      On _May 20th_, 2017 before me personally came **Rohan Youngsam**, to me known and known to me to be the individual described in, and who executed the foregoing instrument, and duly acknowledged to me that he/she executed the same.

                                    _____
                                    Notary Public

Giuseppe Gaizzi
Notary Public, State of New York
No. 01GA6347397
Qualified in Nassau County
Commission Expires 09/06/20_20_

**EXHIBIT A**

*De Los Santos v. New Food Corp. d/b/a Foodtown, et al.,* **EDNY Case No. 12 Civ. 04541 (AYS)**

**FLSA Collective Members (except for Rule 23 Class Representative Ramon Santos)**

| Number | First Name | Last Name |
|---|---|---|
| 1 | Andres | De Los Santos |
| 2 | Jose Ramon | Lopez |
| 3 | Angel | Rodriguez |
| 4 | Domingo | Franco |
| 5 | Elvis | Arias |
| 6 | Johanny | Anil |
| 7 | George | Barrera |
| 8 | Rafaela | Batista |
| 9 | Christina | Bishun |
| 10 | Jennifer | Bonilla |
| 11 | Edwin | Bonilla Umanzor |
| 12 | Esteban | Bourdier |
| 13 | Angeles | Candido |
| 14 | Felix | Carrasco |
| 15 | Miguel | Carrillo |
| 16 | Denisse | Castadena |
| 17 | Lelia Germania | Castillo de Marchan |
| 18 | Angel | Chavarria Flores |
| 19 | Juan Antonio | Corvera Vazquez |
| 20 | Cynthia | Cruz |
| 21 | Gregory | Dawn |
| 22 | Jose | De La Rosa |
| 23 | Maria | Diaz |
| 24 | Cirilio | Estebez Franco |
| 25 | Patino-Nunez | Francisco |
| 26 | Ferminia | Franco |
| 27 | Benedito | Franco |
| 28 | Humberto Antonio | Franco |
| 29 | Ivellise | Franco |
| 30 | Jonathan | Franco |
| 31 | David | Franco |
| 32 | Felix Juan | Franco Batista |

58

| 33 | Daniel | Gomez |
|----|--------|-------|
| 34 | Mario Benito | Guaillazaca |
| 35 | Hugo | Guaillazaca |
| 36 | Eli | Hernandez |
| 37 | Juan | Jimenez |
| 38 | Edwin Ramiro | Lopez |
| 39 | Agusto Ruben | Lopez |
| 40 | Juan Pablo | Lopez Rodriguez |
| 41 | Angela | Marquez |
| 42 | Laura | McCann |
| 43 | Josefina | Mejia |
| 44 | Rene | Mejia |
| 45 | Leonardo | Nunez |
| 46 | Felix Patino | Nunez |
| 47 | Lahene | Ocasio |
| 48 | Julio | Orellana |
| 49 | Pablo | Orellana |
| 50 | Cassie | Pursoo |
| 51 | Yeury de Jesus | Ramirez Taveras |
| 52 | Wendy | Rivas Espinal |
| 53 | Genovi | Rodriguez |
| 54 | Feliberto | Rodriguez Cruz |
| 55 | Martin | Rosario |
| 56 | Faustino | Sales |
| 57 | Flor | Sanchez |
| 58 | Allouin | Sylla |
| 59 | Diosmery | Tejada |
| 60 | Luis Arsenio | Trejo |
| 61 | Arcadio | Vargas |
| 62 | Marino | Vargas |
| 63 | Felix | Vitino |
| 64 | Erin | Yamobino |
| 65 | Rohan | Youngsam |
| 66 | Jose Victor | Arevalo |

**EXHIBIT B**
**(Negotiated Settlement Agreement and Release re: settlement of NYLL 195 Wage
Notice and Wage Statement Claims)**

600265_2: Collective Action Settlement Agreement

EXHIBIT C

Distribution of Collective Action Settlement
With Names Conformed to Amended Exhibit A

**De Los Santos v. Foodtown  (Case No. 14-cv-4541)**              10/22/2017

| | |
|---|---|
| Total Settlement | $  1,400,000.00 |
| Less: Attorneys Fees | $     466,666.65 |
| Settlement net of Legal Fees | $     933,333.35 |
| Expenses | $         7,612.94 |
| Net Settlement to Collective Class | $     925,720.41 |

| | NAME (CONFORMED TO AMENDED EXHIBIT A) | SETTLEMENT SHARE |
|---|---|---|
| 1 | Andres De Los Santos | $      14,457.20 |
| 2 | Ramon Santos | 17,134.46 |
| 3 | Jose Ramon Lopez Avendano * | 16,802.11 |
| 4 | Angel Rodriguez | 11,484.52 |
| 5 | Domingo Franco | 15,029.58 |
| 6 | Johanny Anil | 1,000.00 |
| 7 | Jose Victor Arevalo | 7,417.00 |
| 8 | Elvis Arias | 16,256.98 |
| 9 | George Barrera | 1,000.00 |
| 10 | Rafaela Batista | 17,171.76 |
| 11 | Christina Bishun | 1,000.00 |
| 12 | Edwin Bonilla Umanzor | 1,000.00 |
| 13 | Jennifer Bonilla | 1,000.00 |
| 14 | Esteban Bourdier | 34,533.94 |
| 15 | Candido Antonio Angeles Estevez * | 18,202.29 |
| 16 | Felix Carrasco | 15,764.11 |
| 17 | Miguel Carrillo | 11,388.10 |
| 18 | Denise Castaneda * | 1,000.00 |
| 19 | Angel Gabriel Chavarria Flores * | 14,718.65 |
| 20 | Cirilo Estevez Franco * | 29,269.28 |
| 21 | Juan Antonio Corvera Vasquez | 12,388.76 |
| 22 | Cynthia  Cruz | 1,000.00 |
| 23 | Dawn Gregory | 1,000.00 |
| 24 | Jose De La Rosa | 41,949.27 |
| 25 | Maria Diaz | 18,258.29 |
| 26 | Fermina Franco * | 30,266.20 |
| 27 | Felix Jose Franco Batista * | 40,325.07 |
| 28 | Benedicto Franco * | 28,451.57 |
| 29 | David Franco | 5,561.45 |

| | | |
|---|---|---|
| 30 | Humberto A. Franco B. * | 14,785.86 |
| 31 | Ivellise Franco | 17,362.18 |
| 32 | Jonathan Franco | 15,193.96 |
| 33 | Daniel Gomez | 2,689.66 |
| 34 | Hugo Guaillazaca | 18,639.14 |
| 35 | Mario Benito Guaillazaca | 16,563.15 |
| 36 | Eli Hernandez | 11,873.49 |
| 37 | Juan Jimenez | 1,000.00 |
| 38 | Lelia Germania Castillo de Marchan | 1,000.00 |
| 39 | Juan Pablo Lopez Rodriguez | 29,325.28 |
| 40 | Edwin Ramiro Lopez | 1,000.00 |
| 41 | Augusto Ruben Lopez * | 9,365.50 |
| 42 | Angela Marques * | 20,857.02 |
| 43 | Laura McCann | 1,000.00 |
| 44 | Josefina Mejia | 8,282.20 |
| 45 | Rene Mejia | 1,000.00 |
| 46 | Felix Patino Nunez | 12,389.44 |
| 47 | Leonardo De Jesus Nunez Dilone * | 18,280.70 |
| 48 | Lahene Ocasio | 1,000.00 |
| 49 | Julio Orellana | 38,336.82 |
| 50 | Pablo Orellana | 22,794.86 |
| 51 | Francisco Patino Nunez * | 4,368.07 |
| 52 | Cassie Pursoo | 1,000.00 |
| 53 | Yeury Ramirez * | 19,031.19 |
| 54 | Wendy Rivas Espinal | 38,980.90 |
| 55 | Feliberto Rodriguez Cruz | 8,720.74 |
| 56 | Genovy Rodriguez * | 1,000.00 |
| 57 | Martin Rosario | 27,749.25 |
| 58 | Faustino Sales | 11,562.09 |
| 59 | Flor Sanchez | 12,905.51 |
| 60 | Alioune Sylla * | 1,000.00 |
| 61 | Diosmary Tejada * | 29,857.35 |
| 62 | Luis Arsenio Trejo | 1,395.05 |
| 63 | Arcadio Vargas | 25,617.62 |
| 64 | Marino Vargas | 13,094.45 |
| 65 | Felix Vitinio * | 20,022.52 |
| 66 | Erin Yarrobino * | 1,000.00 |
| 67 | Rohan Youngsam | 20,845.82 |
| | | $ 925,720.41 |

## EXHIBIT D

NOTICE OF RIGHT TO CLAIM FUNDS

By order dated _____ the Honorable Anne Y. Shields, United States Magistrate Judge for the Eastern District of New York, Approved a settlement agreement resolving your claims as an opt-in plaintiff.

A copy of the Agreement approved by the Court is enclosed.   Please be aware that as an opt-in Plaintiff, you are bound by the terms of the agreement, even if you do not sign it.  The Moser Employment Law Firm, P.C. is currently holding a check in escrow in the sum of $_____, representing your share of the settlement.  In order to claim your share of the settlement, you must sign the enclosed agreement in front of a notary and return it either by mail or in person to:

> Moser Employment Law Firm, P.C.
> 3 School Street, Suite 207B
> Glen Cove, New York  11542

You must claim your check on or before _____.   If you do not claim your check on or before _____, your share of the settlement will be returned to the Defendants.

If you have any questions please immediately contact:

> Paola Dominguez
> (516) 671-1150
> Moser Employment Law Firm, PC
> 3 School Street, Suite 207B
> Glen Cove, New York  11542